# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THERAVANCE BIOPHARMA R&D IP, LLC, THERAVANCE BIOPHARMA US, INC., THERAVANCE BIOPHARMA IRELAND LIMITED, MYLAN IRELAND LIMITED, and MYLAN SPECIALTY L.P., <br><br> Plaintiffs, <br><br> v. <br><br> EUGIA PHARMA SPECIALITIES LTD., EUGIA US LLC, AUROBINDO PHARMA USA, INC., AUROBINDO PHARMA LIMITED, MANKIND PHARMA LTD., LIFESTAR PHARMA LLC, LUPIN INC., LUPIN PHARMACEUTICALS, INC., ORBICULAR PHARMACEUTICAL TECHNOLOGIES PRIVATE LIMITED, CIPLA LIMITED, and CIPLA USA, INC., <br><br> Defendants. | Civil Action No. 1:24-cv-000150-KMW-AMD |

## STIPULATED CONSENT JUDGMENT AND INJUNCTION

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Theravance Biopharma R&D IP, LLC, Theravance Biopharma US, Inc., Theravance Biopharma Ireland Limited, Mylan Ireland Limited, and Mylan Specialty L.P. (collectively, "Plaintiffs") and Defendant Orbicular Pharmaceutical Technologies Private Limited ("Orbicular") (Orbicular together with Plaintiffs, the "Parties"), through their undersigned counsel of record, that:

1. This Court has jurisdiction over the Parties and the subject matter of this action.

2. The Parties stipulate and agree that all claims, counterclaims, and affirmative defenses asserted by the Parties against each other in the above-captioned action are hereby dismissed without prejudice.

3. Orbicular and anyone acting on the behalf of Orbicular, except as licensed by Plaintiffs, will be enjoined until expiration of U.S. Patent No. 11,858,898 from making, using, offering to sell, selling or importing the products that are the subject of ANDA No. 217868 in the United States.

4. Nothing herein shall prevent FDA from granting final approval to Orbicular's ANDA No. 217868 at any time.

5. Each Party will bear its own attorneys' fees and costs.

6. This Court will retain jurisdiction to enforce this Stipulated Consent Judgment and Injunction and the Parties' related agreements resolving this matter.

Dated: January 12, 2024

*s/ Arnold B. Calmann*
Arnold B. Calmann (abc@saiber.com)
Katherine A. Escanlar
(kescanlar@saiber.com)
SAIBER LLC
18 Columbia Turnpike
Suite 200
Florham Park, NJ 07932
Telephone: (973) 622-3333

*Attorneys for Plaintiffs Theravance Biopharma R&D IP, LLC, Theravance Biopharma Ireland Limited, Theravance Biopharma US, Inc., Mylan Ireland Limited, and Mylan Specialty L.P.*

Of Counsel
Mary W. Bourke (Mary.Bourke@wbd-us.com)
Dana K. Severance (Dana.Severance@wbd-us.com)
Ben Bourke (Ben.Bourke@wbd-us.com)

*s/ Tedd W. Van Buskirk*
Tedd W. Van Buskirk
DAIGNAULT IYER LLP
8618 Westwood Center Drive, Suite 150
Vienna, VA 22182
tvanbuskirk@daignaultiyer.com

Richard Juang
DAIGNAULT IYER LLP
8618 Westwood Center Drive, Suite 150
Vienna, VA 22182
rjuang@daignaultiyer.com

*Attorneys for Defendant Orbicular Pharmaceutical Technologies Private Limited*

WOMBLE BOND DICKINSON (US) LLP
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
(302) 252-4320

*Attorneys for Plaintiffs Theravance Biopharma R&D IP, LLC, Theravance Biopharma Ireland Limited, and Theravance Biopharma US, Inc.*

William A. Rakoczy
(wrakoczy@rmmslegal.com)
Kevin E. Warner (kwarner@rmmslegal.com)
Joseph T. Jaros (jjaros@rmmslegal.com)
Matthew V. Anderson
(manderson@rmmslegal.com)
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois 60654
(312) 527-2157

*Attorneys for Plaintiffs Mylan Ireland Limited and Mylan Specialty L.P.*

SO ORDERED this __26th__ day of __Janaury__, 2024

                                                *Karen M Williams*
                                                United States District Judge